

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-21-00292-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

**C-5 HOLDINGS, LLC** and Stone Oak Storage Partners, Ltd.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23191
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's Second Motion for an Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended until October 1, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

